No. 1002. WELCH ET AL. *v.* UNITED STATES. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. James J. Laughlin* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and

*Valentine Brookes* and *Miss Beatrice Rosenberg* for the United States.

